**Franklin C. REAVES, Reverend, PHD, Plaintiff—Appellant,**

v.

**Sherry R. RHODES, individually and in her official capacity as Clerk of Court for Marion County; Mark W. Richardson, individually and in his official capacity as Sheriff of Marion County; Levon Nichols, a/k/a Levern Nichols, individually and in his official capacity as Deputy Sheriff of Marion County; Albert Woodberry, individually and in his official capacity as Deputy Sheriff of Marion County; Mitche McCaskill, individually and in his official capacity as Deputy Sheriff of Marion County; CW Johnson, individually and in his official capacity as Marion County Jailor; Tim Harper, individually and in his official capacity as County Administrator; John Q. Atkinson, individually and in his official capacity as member of Marion County Council; Elosie W. Rogers, individually and in her official capacity as member of Marion County Council; Tom Shaw, individually and in his official capacity as member of Marion County Council; Allen Floyd, individually and in his official capacity as member of Marion County Council; Milton Troy, individually and in his official capacity as member of Marion County Council; Pearly Britt, individually and in his official capacity as member of Marion County Council; Elista H. Smith, individually and in her official capacity as member of Marion County Council; Ae Morehead, individually and in his official Capacity as Family Court Judge, Defendants—Appellees.**

No. 11–1764.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Franklin C. Reaves, Appellant Pro Se. Robert Thomas King, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Reaves seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing several Defendants from his civil suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Reaves seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*